BEFORE THE THIRD DIVISION, APRIL 8, 1963

**No. 67583.**—Carson M. Simon & Co. *v.* United States, protests 62/9808 and 62/9810 (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth similar in all material respects to those the subject of *Air Express Int'l Agency, Inc., et al.* v. *United States* (46 Cust. Ct. 163, C.D. 2251), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 9, 1963

**No. 67584.**—Chas. C. Merzbach, Inc., et al. *v.* United States, protests 59/33073, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature railroad equipment, which includes locomotives, tracks, and accessories, similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "B" or "F" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device; the items marked "C" at 15 percent under the provision in paragraph 353, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for metal articles suitable for producing electrical energy; and the items marked "E" at the appropriate rate of duty, depending upon the date of entry, under the provision in paragraph 397, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures of metal, not specially provided for, as claimed.